# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH EARL DUKES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case Number:** |
| v. ) | **2:11-cv-4279-RDP** |
| ) | |
| **SHELBY COUNTY DRUG** ) | |
| **ENFORCEMENT TASK FORCE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## **MEMORANDUM OPINION**

In this case brought pursuant to 42 U.S.C. § 1983, Plaintiff Kenneth Earl Dukes claims violations of his rights under the Fourth and Fourteenth Amendments based upon the use of false information from a confidential informant that was used to obtain a warrant for Plaintiff's arrest and the posting of Plaintiff's name and photo on the Shelby County Sheriff's Department "Most Wanted" website. The Magistrate Judge entered a Report that includes findings and a recommendation that Defendants' motions to dismiss (Docs. 10, 12, and 17) are due to be granted. (Doc. 23). Although the court granted Plaintiff an extension of time for filing objections to the Magistrate Judge's Report (*see* Doc. 24 and unnumbered margin entry dated 7/11/12), that deadline has now passed and no objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, Defendants' respective motions to dismiss (Docs. 10, 12, and 17) are due to be granted. A separate final order will be entered.

**DONE** and **ORDERED** this ___6th___ day of August, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE